```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA            :     INFORMATION

         -v.-                       :     10 Cr.

LARRY DEANGELIS,                    :
                  Defendant.
- - - - - - - - - - - - - - - - - - - -
```

**10 CRIM 362**

COUNT ONE

**(Embezzling Assets of a Labor Organization)**

The United States Attorney charges:

From at least in or about June 2008 through in or about September 2009, in the Southern District of New York and elsewhere, LARRY DEANGELIS, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, abstract and convert to his own use, and the use of another, monies, funds, securities, property, and other assets of a labor organization of which he was then an officer, and by which he was employed, directly and indirectly, to wit, DEANGELIS used his position as the temporary administrator of the Communication Workers of America Union, Local 14170, also known as New York Mailers Union No. 6, to embezzle union funds, by writing checks to himself from the union account to pay for personal expenses that were not for the benefit of the union.

(Title 29, United States Code, Section 501(c).)

*Preet Bharara*
PREET BHARARA
United States Attorney for the
Southern District of New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

LARRY DEANGELIS,

Defendant.

**INFORMATION**
10 Cr.

(Title 29, United States Code,
Section 501(c).)

PREET BHARARA
United States Attorney.